PER CURIAM.
Affirmed, City of Jacksonville v. Mills, 544 So.2d 190 (Fla.1989); Trianon Park Condominium Ass’n v. City of Hialeah, 468 So.2d 912 (Fla.1985); Department of Transp. v. Neilson, 419 So.2d 1071, 1078 (Fla.1982); Bowles v. Elkes Pontiac Co., 63 So.2d 769 (Fla.1952); Pratt v. Bahamasair Holding, Ltd., 546 So.2d 749 (Fla. 3d DCA 1989); Holland v. Baguette, Inc., 540 So.2d 197 (Fla. 3d DCA 1989); Krivanek v. Pasternack, 490 So.2d 252 (Fla. 2d DCA 1986); Windham v. Florida Dept. of Transp., 476 So.2d 735 (Fla. 1st DCA 1985); Pensacola Restaurant Supply Co. v. Davison, 266 So.2d 682 (Fla. 1st DCA 1972).